THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KELLY LUKE, Appellant. [932 NYS2d 393]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Erie County Court, Thomas P. Franczyk, J.—Attempted Assault, 1st Degree). Present—Scudder, P.J., Smith, Sconiers, Gorski and Martoche, JJ.

(November 18, 2011)

NIAGARA FRONTIER COUNCIL OF AMERICAN YOUTH HOSTELS, INC., Appellant, v AMERICAN YOUTH HOSTELS, INC., Doing Business as HOSTELLING INTERNATIONAL-USA, Respondent. [933 NYS2d 630]—Appeal from an order of the Supreme Court, Erie County (John A. Michalek, J.), entered November 10, 2010. The order, insofar as appealed from, denied the motion of plaintiff to dismiss defendant's counterclaims.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Peradotto, Carni, Green and Gorski, JJ.